Opinion issued March 9, 2023



**In The**

# Court of Appeals

**For The**

# First District of Texas

_____

**NO. 01-22-00742-CV**

_____

**CLYDE J. MOORE, Appellant**

**V.**

**TODD TANNER, Appellee**

---

**On Appeal from the 240th District Court**
**Fort Bend County, Texas**
**Trial Court Case No. 16-DCV-234166**

---

## MEMORANDUM OPINION

Appellant, Clyde J. Moore, has filed an unopposed motion to dismiss this appeal. No opinion has issued in this appeal. Accordingly, we grant the motion and dismiss the appeal. *See* TEX. R. APP. P. 42.1(a)(1). We dismiss any other pending motions as moot.

**PER CURIAM**

Panel consists of Justices Landau, Countiss, and Guerra.